

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00355-CV

**WILLIAM DEWAYNE LAYTON,**

**Appellant**

 **v.**

**SARAH RUTH LAYTON,**

**Appellee**

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV18288**

## MEMORANDUM OPINION

On January 8, 2019, the Clerk of this Court notified Appellant William Dewayne Layton that we have not received the required filing fee of $10 for the motion that he filed on December 7, 2018, requesting an extension of time to file the docketing statement. The Clerk of this Court further notified Appellant that the motion and this appeal would be presented to the Court for dismissal if the fee was not paid in full within ten days of the date of the January 8, 2019 letter. No response has been received from Appellant. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Senior Justice Scoggins[1]
     (Chief Justice Gray dissents. A separate opinion will not be issued.)
Appeal dismissed
Opinion delivered and filed February 13, 2019
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).